IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA, PA.

JAMES YELVERTON : Civil Rights Acts
    Plaintiff : 42 U.S.C. §§ 1981 and
     : 1983
   -vs- :

(a) Greater Ebenezer Baptist Church (GEBC)
(b) Pastor Rev. Otis V. Brandon
(c) Associate Pastor Rev. Paul Struthers
(d) Vanessa Garrett-Harley, Esq. - member of (GEBC) and Deputy City Solicitor for the City of Philadelphia, PA.
(e) Clarissa Williams, (GEBC) member
(F) Frank Harley (GEBC) member
(G) Brian Johnson (GEBC) member
(H) Troy Harley (GEBC) member

(i) Unknown Philadelphia Police :
Officer 39th Police District :
(j) City Commissioner's of :
Philadelphia County :
(k) Ward Leader DaWayne : Complaint
Ward 11, Division 04 : Civil Action No. _____
   Defendants :

## Jurisdiction

The jurisdiction of this Honorable Court is predicated under the Civil Rights Acts Title 42 U.S.C. §§ 1981 and 1983 et seq.

## Plaintiff

Plaintiff James Zettika Yelverton, complainant in this action is proceeding pro se in this action to address the Civil rights violations that was occurred upon him in his Church (GEBC) where I held the position as and Usher and held positions on Four committees in the Church. Plaintiff is a Life Time Member of the NAACP. Not only was this plaintiff assaulted in the Church but in the Streets that he represented and was elected to represent the 11th Ward and Division 04. And how this plaintiff was assaulted and threatened inside his Church (Greater Ebenezer Baptist Church) By former Philadelphia Police Officer Frank Harley (Retired). And his nephew Brian Johnson.

## Defendants

Pastor (Rev.) Otis V. Brandon, was personally told of the assaults on this plaintiff, inside the Sancutary of the Church on November 4th, 2018, parishner was inside the Sacutary praying. Church member Frank Harley, assaulted this plaintiff by punching and poking plaintiff and spitting on this plaintiff inside the Church under the <u>Orders</u> of Vanessa Garrett-Harley, Esquire and her sister Clarissa Williams.

Pastor Brandon, said he spoke with Frank Harley, about assaulting me inside the church sancutary.

Plaintiff, was threatened inside the Pastor's Study (Office) by Brian Johnson, on Nov. 11, 2018 about how he would kill me. He is the nephew of defendant Frank Harley, whom he was with when he threatened me on November 11, 2018, upon completion of our men's day service at (GEBC).

Defendant Clarissa Williams, is also a member of (GEBC) and conspired with her sister Vanessa Garrett-Harley, Esquire to send her husband to threaten me. Frank Harley, said the other two sister's told him to confront me about Georgia Johnson, on Nov. 4th, 2018.

Frank Harley and Brian Johnson, threatened me inside the front entrance vestiview entrance to the Church in front of Parishner Ricky Boyd, a member of Greater Ebnezer Baptist Church. He asked me

- (4) -

after they pushed me up against the wall (was I ok) in the main entrance of the Church. He said, he wasn't leaving me! The Police camera's outside of the Church would show what time they left the Church on November 11th, 2018 front entrance door at the corner of Broad and Allegheny Ave.

On, or about November 29th, 2018 around 9:00 pm I was chased around the streets of Philadelphia by defendant and his son Troy Harley and Brian Johnson. Frank Harley, used a Philadelphia Police Officer (name unknown) of the 39th Police District that patrols the Division and Ward I represented as Majority Inspector of Elections Ward 11, Division 04. Frank Harley, knew I was elected and his wife Vanessa Garrett-Harley, Esquire, and Clarissa Williams and still pursued avenues to threaten and intimidate this plaintiff in my duly Elected Division and Ward.

The unknown Police Officer, threw me on the ground face down and told me to put my hands behind my back and placed me in the back seat of his cruiser (Police Car) still handcuffed behind my back. At, that time he typed my name in the computor in the cruiser while I was still handcuffed thats when I heard him ask someone outside on the sidewalk did they have the the warrant number, thats when I heard

-5-

Frank Harley, say a member 66 _____, to the unknown police officer who responded their is no outstanding warrant on the computor!

Deputy City Solicitor Vanessa Garrett-Harley was diseminating information about this plaintiff off of her computor in her office to others from the City Solicitor's Office.

I addressed correspondence to the City Commissioner's office Chairlady Lisa Deeley, how I was assaulted and illegally arrested on November 29th by the Unknown Philadelphia Police Officer under the direction of (former) police officer, Frank Harley, and this is how he identified himself. When he found out there was no warrant out for my arrest on said date.

The officer had a private conversation with them and had all the defendants leave the area before releasing me for which I was still in the cruiser handcuffed in the rear seat. I heard Frank Harley's son say on the phone to someone we got him!! Frank Harley, threatened to take my life. Also, Brian Johnson. Under the direction and direct orders of Vanessa Garrett-Harley, Esquire and Clarissa Williams.

Rev. Paul Struthers, Associate Pastor was in the Pastor's Office (study) when Brian Johnson threatened me.

-6-

## Compensation

(a) Greater Ebenezer Baptist Church (GEBC) in the amount of 100-Million dollars

(b) Pastor Rev. Otis V. Brandon, in the amount of 100-Million dollars

(c) Associate Pastor Paul Struthers, in the amount of 60-Million dollars

(d) Vanessa Garrett-Harley, Esquire in the amount of 100 Million Dollars

(e) Clarissa Williams, in the amount of 50-Million Dollars

(f) Frank Harley, in the amount of 70-Million Dollars

(g) Brian Johnson, in the amount of 50-Million Dollars

(h) Troy Harley, in the amount of 50-Million dollars.

-7-

(i) Unknown Philadelphia Police Officer 39th Police District in the amount of 25-million dollars

(j) City Commissioner's of Philadelphia County in the amount of 10-Million Dollars

(k) Dwayne Ward Leader Ward 11, Division 04 in the amount of 25-Million Dollars

## Conclusion

Your, plaintiff forever prays that the foregoing complaint be duly served upon each defendant forthwith.

Respectfully Submitted,

/s/ *James Yelverton*

JAmes Yelverton, pro se

#Am-2455
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, PA, 16698-1000

Dated: 8/24/2021

-9-

```
7020 3160 0001 8435 7513
CERTIFIED MAIL
7020 3160 0001 8435 7513
```

James Yelverton
#AM-2455
SCI-Houtzdale
P.O. Box-1000
309 Institution
Houtzdale, Pa. 16698-1000

RECEIVED
AUG - 9 2021

U.S.M.S. X-RAY

Eastern District of Pennsylvania
office of
Clerk, United States District Court
U.S. Courthouse
Independence Mall West
601 Market Street
Philadelphia, Pa. 19106-1797

INMATE MAIL
PA DEPT
OF CORRECTIONS

neopost
08/27/2021
US POSTAGE $015.30
PRIORITY MAIL
ZIP 16698
041L12204394