James Yelverton
AM-2455
SCI-Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, Pa. 16698-1000

11/22/2021

Office of the Clerk
United States District Court
504 Hamilton Street
Allentown, Pa- 18101

RE: James Yelverton vs. Greater Ebenezer Baptist Church,
et al.
Civil Action No. 21-CV-4203

Office of the Clerk,
    I would like to know has the summonses been served upon the defendants?

    In, as much I would like to know will I be sent notification that said complaints and summonses been served.

    Also, how many days does the defendants have to answer the complaint?

    Your, most spontaneous response would be appreciated upon receipt.

Respectfully yours,
James Yelverton

James Yelverton
Am-2455
SCI Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, Pa 16698-1000

11/25/2021

To: US District Court Clerk,
et al.

Re. No. 21-CV-4203

James Yelverton
Am-2455
SCI-Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, Pa 16698-1000

Has the Summons been
served on the defendants?

I will like to know will I be
sued complaint and Summons
being served on the defendants

or the company serving
the appreciated.

Respectfully yours
James Yelverton

---

James Yelverton
Am-2455
SCI Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, Pa 16698-1000

Office of the Clerk
United States District Court
504 Hamilton Street
Allentown, PA 18101

RECEIVED NOV 2 5 2021

"Inmate Mail - PA DEPT. OF CORRECTIONS"