James Yelverton
#AM-2455
SCI-Houtzdale
209 Institution Drive
P.O. Box-1000
Houtzdale, PA-16698-1000

December 5, 2021

Clerk of Court, EDPA
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA- 19106

CASE CAPTION: Yelverton v. Greater Ebenezer Baptist Church et al., C.A. No. 21-CV-4203

Office of the Clerk,
    I'm addressing this letter to your office concerning the above captioned matter. I would like to know has service been made upon the defendants?
    If, service has been made would you kindly send me copies of the summonses U.S. Marshals Service form! Thanking you in advance.

Respectfully yours,
James Yelverton

James Yelverton
#AM-2455
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, PA. 16698-1000

JOHNSTOWN PA 159
06 DEC 2021 PM 1 T



Clerk of Court, EDPA
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA. 19106

RECEIVED
DEC -8 2021

19106+1729

U.S.M.S.
X-RAY
pci

"Inmate Mail - PA DEPT. OF CORRECTIONS"