James Yelverton
Am-2455
SCI-Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, Pa. 16698

1/27/2022

Office of the Clerk
U.S. District Court E.D. of PA.
504 Hamilton Street
Allentown, PA. 18101

RE: James Yelverton vs. Greater Ebenezer Baptist Church, et al.
Civil Action No. 21-CV-4203

Office of the Clerk,
    Per, receipt of the Court's Docket Entries I <u>note</u> and <u>error</u> in one of defendant's name!

<u>Correct spelling</u> ─────────→ Garrett

RE: Vanessa Garrett-Harley, Esquire, Dft.
Deputy City Solicitor for the City of Philadelphia, PA. also member of Greater Ebenezer Baptist Church,...

Please make the neccessary corrections upon the docket and send me a <u>corrected</u> copy of same.
Thank you..-

I'm asking that your office issue alias summons upon the "President of the "Board of Trustees" of Greater Ebnezer Baptist Church" "Joyce LeCato" at her place of Employment PECO Office Building 22nd & Market Street Philadelphia, PA. 19102 (Phone No. (215) 731-2340) she is employed as and Administrator.

Also, requesting that the following summons and complaints be served upon Defendant Vanessa Garrett-Harley, Esquire, Deputy City Solicitor for the City of Philadelphia, PA., and that she be served with the following summons and complaints as follows; at 1401 JFK Blvd. Suite 1430, Phila., PA. 19102. Phone No. (215) 683-5138, FAX 683-5162

1.) Dft. Vanessa GARRETT-HARLEY, Esq.

Sisters

2.) Dft. Clarissa Williams

3.) Dft. Frank Harley          (husband)

4.) Dft. Troy Harley           (son)

5.) Dft. Brian Johnson         (nephew)

Your attention to this matter would be greatly appreciated upon receipt.

Very Truly Yours,
James Yelverton

cc: file

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:21-cv-04203-JMG
### Internal Use Only

| | |
|---|---|
| YELVERTON v. GREATER EBENEZER BAPTIST CHURCH et al | Date Filed: 08/30/2021 |
| Assigned to: HONORABLE JOHN M. GALLAGHER | Jury Demand: None |
| related Case: 2:95-cv-04277-MK | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**JAMES YELVERTON**　　　　　　represented by **JAMES YELVERTON**
AM-2455
SCI-HOUTZDALE
P.O. BOX 1000
209 INSTITUTION DRIVE
HOUTZDALE, PA 16698-1000
PRO SE

V.

**Defendant**

**GREATER EBENEZER BAPTIST CHURCH**
*(GEBC)*

**Defendant**

**PASTOR REV. OTIS V. BRANDON**

**Defendant**

**REV. PAUL STRUTHERS**
*ASSOCIATE PASTOR*

[handwritten annotation: "legal name spelled incorrectly J.E.Y."]

**Defendant**

**VANESSA GARNETT-HARLEY**
*ESQ., MEMBER OF (GEBC) AND DEPUTY CITY SOLICITOR FOR THE CITY OF PHILADELPHIA PA*

**Defendant**

**CLARISSA WILLIAMS**
*MEMBER (GEBC)*

**Defendant**
FRANK HARLEY
*MEMBER (GEBC)*

**Defendant**
BRIAN JOHNSON
*MEMBER (GEBC)*

**Defendant**
TROY HARLEY
*MEMBER (GEBC)*

**Defendant**
UNKNOWN PHILADELPHIA
POLICE OFFICER 39TH
DISTRICT

**Defendant**
CITY COMMISSIONERS OF
PHILADELPHIA COUNTY

**Defendant**
DWAYNE WARD, II
*DICISION 04*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2021 | 1 | COMPLAINT against OTIS V. BRANDON, CITY COMMISSIONERS OF PHILADELPHIA COUNTY, VANESSA GARNETT-HARLEY, GREATER EBENEZER BAPTIST CHURCH, FRANK HARLEY, TROY HARLEY, BRIAN JOHNSON, PAUL STRUTHERS, UNKNOWN PHILADELPHIA POLICE OFFICER 39TH DISTRICT, DWAYNE WARD, II, CLARISSA WILLIAMS, filed by JAMES YELVERTON. (NO FEE PAID; NO IFP FILED) (Attachments: # 1 Exhibit)(bw, ) (Entered: 09/23/2021) |
| 08/30/2021 | 2 | PRO SE NOTICE RE:GUIDELINES (bw, ) (Entered: 09/23/2021) |
| 09/07/2021 | 3 | Check #163299 to be returned due to CHECK IS MADE OUT FOR INCORRECT AMOUNT. MAILED IN CORRECT AMOUNT PER THE DOCKET. (jaa, ) (jaa, ). Modified on 10/4/2021 (jaa, ). (Entered: 09/24/2021) |
| 09/23/2021 |   | Filing fee: $ 402, receipt number PPE232209 (rf, ) (Entered: 09/24/2021) |
| 09/24/2021 |   | COPY OF PRO SE GUIDELINES HAVE BEEN MAILED TO PRO SE, YELVERTON. (bw, ) (Entered: 09/24/2021) |
| 10/04/2021 | 4 | ORDER THAT THE CLERK OF COURT SHALL ISSUE SUMMONSES. SERVICE OF THE SUMMONSES AND THE COMPLAINT SHALL BE MADE UPON THE DEFENDANTS BY THE U.S. MARSHALS SERVICE, ETC. SIGNED BY HONORABLE JOHN M. GALLAGHER ON 10/4/21. |

| | | |
|---|---|---|
| | | 10/4/21 ENTERED AND COPIES MAILED TO PRO SE. (er, ) (Entered: 10/04/2021) |
| 10/04/2021 | | Summons Issued as to OTIS V. BRANDON, CITY COMMISSIONERS OF PHILADELPHIA COUNTY, VANESSA GARNETT-HARLEY, GREATER EBENEZER BAPTIST CHURCH, FRANK HARLEY, TROY HARLEY, BRIAN JOHNSON, PAUL STRUTHERS, DWAYNE WARD, II, CLARISSA WILLIAMS. Forwarded To: U.S. Marshal on 10/4/21. (er, ) (Entered: 10/04/2021) |
| 11/30/2021 | 5 | SUMMONS Returned Unexecuted by JAMES YELVERTON. (jaa, ) Modified on 12/2/2021 (tjd). Modified on 12/8/2021 (jaa, ). (Entered: 11/30/2021) |
| 12/06/2021 | 6 | SUMMONS Returned Unexecuted by JAMES YELVERTON . (jaa, ) Modified on 12/8/2021 (jaa, ). (Entered: 12/06/2021) |

n F Kennedy Blvd, Ste 1270,
215) 568-2900, FAX: 568-2901
St, Ste 2800,
........(215) 665-2000, 665-4136
n F Kennedy Blvd, Ste 1270,
...................(215) 568-2900
S 16th St, 22nd Fl,
........(215) 851-8400, 851-8418
Blvd, Ste 1715,
...................(215) 438-6600
145-5820 ..........(215) 565-5200
t,
........(215) 979-1000, 979-1127
St, Ste 3900W,
........(215) 864-9600, 864-8083
d, Ste 1300, 19103-7418........
e 3100,
........(215) 851-8100, 851-8860
)8
dependence Mall W, Ste 400E,
...................(215) 922-1100
19102-2555
102-3016 ........(215) 901-1143
, Ste 2801,
...................(215) 923-9300
S 16th St, Ste 2925,
...................(215) 988-8310
h Fl, 19103-2223
St, Ste 720,
...................(215) 893-0100
-2903 ..............(215) 963-5249
all W, Ste 929, 19106-3409.....
00, 19103-7042.....................
Arch St, 15th Fl,
...................(215) 683-5214
arket St, Ste 4900,
........(215) 656-3300, 656-3309
,
...................(215) 755-9000
3), 1735 Market St, Ste 3000,
...........(215) 995-2800, 995-2818
Broad St, Ste 1030,
. (215) 567-1486, FAX: 940-6661
nd Fl
...................(215) 567-1486
estnut St, 16th Fl,
...........(215) 575-4200, 575-4361
ia, 1441 Sansom St,
) 568-3190, FAX: (267) 765-6987
3
ill W, Ste 540W, 19106-3332,
& R), 123 S Broad St, 28th Fl,
........(215) 772-1500, 772-7230
838 ....................................
3200, 19102-2555

...................(215) 686-9610
an Sq, Ste 2000,
...........(215) 988-2700, 988-2445
21-4609 ............(215) 327-2309
& L), 121 S Broad St, Ste 1400,
.. (215) 790-8400, (267) 675-5412
50 Market St, 56th Fl,
...................(215) 575-3800
0, 19103 ..................................
ly Blvd, Ste 900,
...................(267) 528-0739
000, 19103-6909......................
Fl,
...................(215) 597-1542
St,
...........(215) 979-1000, 979-1884
15 Market St, Ste 2600,
...........(215) 564-8000, 564-8022
te 1400, 19109-1060

Garcia, Alicia A., 170 S Independence Mall W, Ste 400E,
19106-3337 ...........................................................(215) 990-8135
Garcia, Rudolph, 50 S 16th St, Ste 3200, 19102-2555
Garcia-Villarreal, David, 3 N 2nd St, 3rd Fl,
19106-2208 ...........................................................(215) 923-3790
Garden, Andrew K., (Conrad O), 1500 Market St, Ste 3900W,
19102-2112 .......................................(215) 864-9600, 523-8305
Gardiner, Elizabeth A., (Dolchin S & T), 50 S 16th St, 35th Fl,
19102 ....................................................................(215) 665-8000
Gardner, Caroline A., 2001 Market St, Ste 4100, 19103-7013
Gardner, Danielle K., 1650 Market St, Fl 1800, 19103-7395
Gardner, Hannah, 601 Market St, Rm 20613,
19106-1722 ...........................................................(267) 299-7782
Gardner, Peter J., 1818 Market St, Ste 3730,
19103-3639 ...........................................................(215) 612-5543
Garemore, Joseph M., 1500 Market St, 12th Fl, 19102-2152
Garfinkel, Marvin, 1 Logan Sq, Ste 2000, 19103-6996
Garfinkel, Terry A., 1515 Arch St, 17th Fl,
19102-1595 ...........................................................(215) 683-5051
Garfinkie, Gerald D., (Dashevsky H K N & S), 1315 Walnut St, 12th Fl,
19107 ....................................................................(215) 546-4488
Garger, Amanda P., (Drinker B & R), 1 Logan Sq, Ste 2000,
19103-6996 .......................................(215) 988-2700, 988-1133
Garibian, Antranig, 2005 Market St, Ste 2600, 19103-7018
Garland, Francis J., 1701 Market St, Ste CON, 19103-2921
Garland, Rachel I., 1424 Chestnut St, 19102-2556
Garmisa, Michael T., 1441 Sansom St, 19102-3016 ............(267) 765-6590
Garner, Joan K., 615 Chestnut St, Ste 1250, 19106-4404
Garner, Melanie J., (Locks), 601 Walnut St, Ste 720,
19106-3315 ...........................................................(215) 893-0100
Garnick & Assoc., 1528 Walnut St, Ste 1601,
19102 ....................................................(215) 732-0005, FAX: 732-8312
Garnick, Michael J., (Garnick), 1528 Walnut St, Ste 1601,
19102 ....................................................................(215) 732-0005
Garnick, Robert J., 1500 Walnut St, Ste 630,
19102-3516 ...........................................................(215) 732-7737
Garonski, Leo M., 2748 E Butler St, 19137-1404 ........(215) 570-2600
Garrett Harley, Vanessa, Dep. City Sol., 1515 Arch St, 15th Fl,
19102-1595 ..............................................(215) 683-5138, FAX: 683-5162
Garrety, Michael H., 1601 Market St, Ste 1700,
19103-2310 ...........................................................(215) 597-9960
Garrity, Kathleen, 30 S 17th St, 19th Fl, 19103 .............(215) 564-1700
Garrity, Vincent F., Jr., (Duane M), 30 S 17th St,
19103-4196 .......................................(215) 979-1000, 979-1242
Garson, Matthew D., (Lavin O C & D), 190 N Independence Mall W, Ste
500, 19106-1557 ..................................................(215) 627-0303
Gartner, Francis R., & Assoc., 1500 Market St, Ste 2920, W Tower,
19102-2145 .......................................(267) 675-3035, FAX: 675-3036
Garton, William T., 510 Bainbridge St, 19147-2234
Gartrell, M. Kay, (Markowitz & R), 123 S Broad St, Ste 2020,
19109-1057 ...........................................................(267) 528-0121
Gary, Elizabeth M., (Morgan L), 1701 Market St, Ste CON,
19103-2921 .......................................(215) 963-5000, 963-5806
Garza, Abel, (Pepper H), 3000 Two Logan Sq,
19103-2799 .......................................(215) 981-4000, 981-4185
Garza, Kaylie Martha, 1600 John F Kennedy Blvd, Ste 620, 19103
Garza, Len Matthew, 100 S Broad St, 19110-1023 .........(267) 702-3754
Gaskill, Warren, 2001 Market St, Ste 3300, 19103-7027
Gaspari, Grace G., 50 S 16th St, Ste 3200, 19102-2555
Gasparro, Robert P., PO Box 8321, 19101-8321 .............(215) 387-1100
Gaston, Cheryl L., Senior Atty. Off. City Sol., 1515 Arch St, 16th Fl,
19102-1595 ..............................................(215) 683-5105, FAX: 683-5097
Gaston, DeCopeland D., IV, Comcast Cable Comm. LLC, 1500 Market St,
19102-2100 ...........................................................(215) 981-7736
Gatti, Margaret M., (Morgan L), 1701 Market St, Ste CON,
19103-2921 .......................................(215) 963-5000, 963-5569
Gatto, Megan E., 1701 Market St, Ste CON, 19103-2330
Gatto, Ryan G., 1818 Market St, Ste 2600, 19103-3600
Gattuso, Frank, (Sweeney & S), 1515 Market St, Ste 1900,
19102-1910 ...........................................................(215) 563-9811
Gaudioso, David A., (Meranze K G & N), 121 S Broad St, 13th Fl,
19107-4545 ...........................................................(215) 546-4183
Gaughan, Kathleen M., Asst. Fed. Def., 601 Walnut St, Ste 540W,
19106 ....................................................(215) 928-1100, FAX: 928-1112
Gaughan, Katie M., 2005 Market St, Ste 2600, 19103-7018

Gaughan, Mary B., 105 Moredun Rd, 19115-4403 .............(215) 671-8915
Gaughan, Matthew C., (Levin S & B), 510 Walnut St, Ste 500,
19106-3697 ...........................................................(215) 592-1500
Gaul, John G., (Maron M B A & T), 1717 Arch St, Ste 3710,
19103 ....................................................................(215) 231-7100
Gaul, Robert D., III, 1800 John F Kennedy Blvd, Unit 300,
19103-7402 ...........................................................(267) 238-3813
Gaunce, Nicholas M., 2424 E York St, Ste 316, 19125-3044
Gauri, Vineet, Asst. U.S. Atty. Crim. Div., 615 Chestnut St, Ste 1250,
19106-4404 .......................................(215) 861-8200, 861-8644
FAX: 861-8618
Gavaghan, Matthew J., 1801 Market St, 19103-1628
Gawerc, Andrew D., 724 Lombard St, # 1,
19147-1315 ...........................................................(917) 543-9314
Gaxiola, Mariana, 2001 Market St, Ste 2700, 19103-7047
Gay, Andrew G., Jr., 1518 Walnut St, Ste 807,
19102-3405 ...........................................................(215) 545-7110
Gay, Anthony E., 2301 Market St, 19103-1338 .............(215) 841-4635
Gay Chacker & Mittin P.C., 4704 N 5th St, 19120 .......... 1-877-577-5796
Gay Chacker & Mittin P.C., 1726 Welsh Rd, 19115 ........ 1-877-577-5796
Gay Chacker & Mittin P.C., 1731 Spring Garden St,
19130 ....................................................(215) 567-7955, 1-877-577-5796
FAX: 567-6809
Gay, Dean B., (Abramson & D), 1815 Walnut St, 12th Fl,
19107 ....................................................................(215) 531-5011
Gaydos, Tracie, Asst. D.A., 3 S Penn Sq,
19107-3407 ...........................................................(215) 686-8000
Gayle, Matthew M., 190 N Independence Mall W, Ste 500, 19106-1557
Gaynier, Kelsey Lee, (Joseph Chaiken), 1800 John F Kennedy Blvd, 14th
Fl, 19103-7437 ....................................................(215) 564-1800
Gaynor, Jonathan D., (Dechert), 2929 Arch St,
19104-2808 .......................................(215) 994-4000, 994-2095
Gaynus, Leslie B., 444 N 3rd St, Ste 200,
19123-4141 ...........................................................(215) 560-1895
Gazzola, John J., (Pepper H), 3000 Two Logan Sq,
19103-2799 .......................................(215) 981-4000, 981-4187
Gdula, Justin J., (Dechert), 2929 Arch St,
19104-2808 .......................................(215) 994-4000, 994-2264
Geary, Raymond C., Law Office of LLC, 100 S Broad St, Ste 1330,
19110-1024 ..............................................(215) 587-0702, FAX: 561-3112
Gebhardt, Michael B., Temple Univ., 1330 W Berks St, Rm 300,
19122-6009 ..............................................(215) 204-6542, FAX: 204-5804
Geckle, Patrick G., 1515 Market St, Ste 1200, 19102-1932
Gedrich, Alan R., (Stradley R S & Y), 2005 Market St, Ste 2600,
19103-7098 .......................................(215) 564-8000, 564-8050
Geer, Richard C., 21 S 12th St, 3rd Fl, 19107
Geffen, Charles J., (Kovler & R), 123 S Broad St, Ste 2250,
19109 ....................................................................(215) 735-5476
Geftman, Geoffrey J., 2201 Pennsylvania Ave, # 406,
19130-3522 ...........................................................(215) 429-1300
Gehman, Lisa Bollinger, (Baker H), 2929 Arch St, 12th Fl,
19104-2891 .......................................(215) 568-3100, 564-2684
Gehret, Thomas F., Judge Mun. Court, 1301 Filbert St, Ste 1314,
19107-2607 ..............................................(215) 683-7238, FAX: 686-7240
Gehrke, Matthew, 3 S Penn Sq, 19107-3407
Geier, Dennis M., (Cohen P & R), 2001 Market St, Ste 2900,
19103-7054 ...........................................................(215) 567-3500
Gekoski & Bogdanoff P.C., 215 S Broad St, Ste 500,
19107-5318 ..............................................(215) 563-2511, FAX: 558-6404
Gelb, Jeremy C., Law Office of, 834 Chestnut St, PH 206,
19107-5147 ...........................................................(215) 922-2415
Gelb, Neil R., 1518 Walnut St, Ste 200, 19102-3402 .........(215) 546-6262
Gelb, Sarah B., (Dechert), 2929 Arch St,
19104-2808 .......................................(215) 994-4000, 994-2763
Gelberg & Assoc. P.C., PO Box 7995,
19101-7995 ..............................................(215) 563-2985, FAX: 563-2985
Gelberg, Terri N., (Gelberg), PO Box 7995,
19101-7995 ...........................................................(215) 563-2985
Gelinas, Daniel I., 22 S 18th St, 19103-3720 .............(215) 557-7600
Gelinas, Robert A., Law Offices of, 22 S 18th St,
19103-3720 ..............................................(215) 557-7600, FAX: 557-1567
Gellman, Beth M., 100 E Penn Sq, Ste 515,
19107-3326 ...........................................................(215) 656-6953
Gellman, Nancy J., (Conrad O), 1500 Market St, Ste 3900W,
19102-2112 .......................................(215) 864-9600, 864-8065

James Tewerin
Am-2455
SCI-Hountzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000

Office of the Clerk
United States District Court
504 Hamilton Street
Allentown, PA. 18101

"Inmate Mail - PA DEPT. OF CORRECTIONS"