**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** James Yelverton | **COURT CASE NUMBER** 21-cv-04203 |
| **DEFENDANT** Greater Ebenezer Baptist Church | **TYPE OF PROCESS** Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Greater Ebenezer Baptist Church
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** 3200 N. Broad Street, Philadelphia, PA. 19140

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Yelverton # QP-0921
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, PA. 16698-1000

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Service of Form USM-285 Should be made at the Church on Sunday in the (AM) hours when the Pastor and Board members are present at the Church and parishnents. { Church's phone number 215-227-7310 }

| Signature of Attorney or other Originator requesting service on behalf of: James Yelverton | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 11/8/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Pastor Otis V. Brandon - GEBC

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 3/30/23  Time: 3:40 pm
Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges $ 0 IFP | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** Process accepted via Electronic Service on Behalf of GEBC

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   **FORM USM-285 (Rev. 12/15/80)**
(Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: James Yelverton | COURT CASE NUMBER: 21-cv-04203 |
| DEFENDANT: Pastor Rev. Otis V. Brandon | TYPE OF PROCESS: Civil Action |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Greater Ebenezer Baptist Church
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 3200 N. Broad Street, Philadelphia, PA, 19140

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Yelverton #QP-0921
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, PA, 16698-1000

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 13
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Service of Form USM-285 should be made at the Church on Sunday in the (AM) hour's when the Pastor and Board member's are present at the Church and parishoner's. {Church's phone number 215-227-7310}

Signature of Attorney or other Originator requesting service on behalf of: [signature] ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11/8/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*
Total Process: —
District of Origin No.: —
District to Serve No.: —
Signature of Authorized USMS Deputy or Clerk: —
Date: —

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Pastor Otis V. Brandon
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.
Date of Service: 3/30/23
Time: 2:40 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | | | 0 IFP | | | |

REMARKS: Process accepted via Electronic Service

PRIOR EDITIONS MAY BE USED    1. **CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** James Yelverton | **COURT CASE NUMBER** 21-cv-04203 |
| **DEFENDANT** Rev. Paul Struthers - Associate Pastor | **TYPE OF PROCESS** Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Greater Ebenezer Baptist Church

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3200 N. Broad Street, Philadelphia, PA. 19140

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Yelverton QP-0921
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, PA 16698-1000

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 13
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Note: Service of form USM-285 should be made at the Church on Sunday in the (AM) hours when the Pastor and Board members are present at the Church and parishners, churches phone number 215-227-7310. Rev. Struthens Live's at the Senior Tioga House on N. 16th Street, Phila, PA. 19132

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11/8/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Pastor Otis V. Brandon

Date of Service: 3/20/23   Time: 3:40 pm

Service Fee: 65.00
Total Charges: 0 IFP

**REMARKS:** Process accepted via Electronic Service on Behalf of Rev. Paul Struthers - Associate Pastor

**PRIOR EDITIONS MAY BE USED**   1. **CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: James Yelverton | COURT CASE NUMBER: 21-CV-04203 |
| DEFENDANT: Frank Harley (Member GEBC) | TYPE OF PROCESS: Civil Action |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Greater Ebenezer Baptist Church

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 3200 N. Broad Street, Philadelphia, PA 19140

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Yelverton #QP-0921
SCI-Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | $13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Service of form USM-285 should be made at the Church on Sunday in the (AM) hours when the Pastor and Board members are present at the church and parishners. Churches Phone number 215-227-7310

Note: Former Philadelphia Police Officer) 39th District

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11/8/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Pastor Otis V. Brandon – GEBC

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 3/30/23   Time: 3:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | | | 0 IFP | | | |

**REMARKS:** Process accepted via Electronic Service on Behalf of Frank Harley

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** James Yelverton | **COURT CASE NUMBER** 21-cv-04203 |
| **DEFENDANT** Frank Harley (GEBC Member) | **TYPE OF PROCESS** Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Vanessa Garrett-Harley's Office (City Solicitor's Office)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** 1401 JFK Blvd, Suite 1430 Philadelphia, Pa. 19102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Yelverton #QP-0921
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, Pa. 16698-1000

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Service of forms USM-285 with copies of the complaint should be at her office and place of employment! 2-copies of same for her husband Frank Harley and her son Troy Harley.

| Signature of Attorney or other Originator requesting service on behalf of: *James Yelverton* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 11/8/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Pastor Otis V. Brandon - GEBC

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 3/30/23   Time: 3:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges 0 IFP | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** Process accepted via Electronic Service on Behalf of Frank Harley

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)
                                                                         (Instructions Rev. 12/08)

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James Yelverton | 21-CV-04203 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Vanessa Garrett-Harley Esq., Member (GEBC) | Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City Solicitor's Office (Phone No. 215-683-9021)

**AT** ADDRESS: 1401 JFK Blvd, Suite 1430 Philadelphia, PA, 19102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Yelverton #QP-0921
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, Pa. 16698-1000

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 13
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

Service of forms USM-285 with copies of the complaint should be at her office and place of employment! With two (2) copies of same for her husband Frank Harley and her son Troy Harley (Vanessa Garrett-Harley's, Esq., FAX No. (215) 683-5162)

Signature of Attorney: /s/ James Yelverton
☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11/8/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☒ have executed as shown in "Remarks", the process described...

Name and title of individual served: Pastor Otis V. Brandon - GEBC

Date of Service: 3/30/23    Time: 3:40 pm

Service Fee: $65.00
Total Charges: 0 IFP

**REMARKS:** Process accepted via Electronic Service on Behalf of Vanessa Garrett-Harley Esq

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James Yelverton | 21-CV-04203 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Vanessa Garrett-Harley, Esquire (Member of GEBC) | Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Greater Ebenezer Baptist Church

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

3200 N. Broad Street Philadelphia, PA. 19140

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Yelverton #QP-0921
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, PA. 16698-1000

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Service of form USM-285 should be made at the Church on Sunday in the (AM) hours when the Pastor and Board members are present at the Church and parishner's. {Churches Phone number 215-227-7310}

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: N/A   DATE: 11/8/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Pastor Otis V. Brandon - GEBC

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 3/30/23   Time: 3:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | | | 0 | | | |

REMARKS: Process accepted via Electronic Service on Behalf of Vanessa Garrett-Harley

| PRIOR EDITIONS MAY BE USED | 1. **CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)<br>(Instructions Rev. 12/08) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: James Yelverton | COURT CASE NUMBER: 21-cv-04203 |
| DEFENDANT: Clarissa Williams - Member (GEBC) | TYPE OF PROCESS: Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Greater Ebenezer Baptish Church

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3200 N. Broad Street, Philadelphia, PA 19140

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Yelverton #QP-0921
SCI-Hartzdale
P.O. Box-1000
209 Institution Drive
Hartzdale, PA 16698-1000

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serive of form USM-285 should be made at the Church on Sunday in the (Am) hours when the Pastor and Board member's are present at the Church and parishner's. Churches Phone number 215-227-7310
Ms. Williams, is employed at LaSalle University (215)-957-1360

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
James Ylvt   TELEPHONE NUMBER: N/A   DATE: 11/8/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Pastor Otis V. Brandon

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/30/23   Time: 3:40 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | | | 0 IFP | 0 | | |

REMARKS: Process accepted via Electronic Service on Behalf of Clarissa Williams

PRIOR EDITIONS MAY BE USED   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)