James Yelverton
QP-0921
SCI-Houtzdale
P.O. Box-1000
209 Institution Drive
Houtzdale, Pa. 16698-1000
3/29/2023

Office of the Clerk
United States District Court
504 Hamilton Street
Allentown, PA 18101

RE: Civil Action No. 21-CV-04203

Office of the Clerk,

Please make the necessary changes as to the address of: Vanessa Garrett-Harly, Esquire!
City of Philadelphia, OCP.
1515 Arch Street 8th floor
Philadelphia, Pa. 19102
Phone: 215-683-0120
Fax (215) 683-5182

Please make the necessary corrections as to the above address to enable the U.S. Marshal's service upon same as per the Court's order.

Thank you,
Jim Yelvt

IN RE: DESIGNATION OF CHAIR AND VICE CHAIR OF THE PENNSYLVANIA INTEREST ON LAWYERS TRUST ACCOUNT BOARD
SUPREME COURT OF PENNSYLVANIA
2022 Pa. LEXIS 822
NO. 225 DISCIPLINARY RULES DOCKET
June 14, 2022, Decided

**Notice:**

**DECISION WITHOUT PUBLISHED OPINION**

Opinion

### ORDER

**PER CURIAM**

**AND NOW**, this 14th day of June, 2022, **Vanessa Garrett-Harley**, Esquire, is hereby designated as Chair, and Kay Kyungsun Yu, Esquire, is hereby designated as Vice-Chair, of the Pennsylvania Interest on Lawyers Trust Account Board, commencing September 1, 2022.

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**Smart Communications/PADOC**
SCI- Huntsdale
Name James Yelverton
Number QP-0931

PO Box 33028
St Petersburg FL 33733

INMATE MAIL
PA DEPT
OF CORRECTIONS

neopost
03/30/2023
US POSTAGE $000.60⁰
FIRST-CLASS MAIL
ZIP 16698
041L12204394

REC'D APR - 4 2023

Office of the Clerk
United States District Court
504 Hamilton Street
Allentown, Pa. 18101