IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES YELVERTON,<br>   Plaintiff,<br><br>v.<br><br>GREATER EBENEZER BAPTIST CHURCH, *et al.*,<br>   Defendants. | Civil No. 2:21-cv-04203-JMG |

# **O R D E R**

**AND NOW,** this 5th day of April, 2023, upon consideration of ECF Nos. 27, 28 and 29 which discloses that service of the Complaint upon certain defendants in the above-captioned matter has not been made;

**IT IS HEREBY ORDERED** that the matter is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, as to the following defendants:

> UNKNOWN PHILADELPHIA POLICE OFFICER 39TH DISTRICT
> DWAYNE WARD, II
> BRIAN JOHNSON
> TROY HARLEY

If, within fourteen (14) days, good cause can be shown why service was not made within ninety (90) days of the date of the filing of the Complaint, the dismissal will be vacated.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge